■ DIANA KARAMANOS et al., Appellants, v CAROL BATEMAN et al., Respondents. (Appeal No. 2.) [782 NYS2d 227]—Appeal from an order of the Supreme Court, Erie County (John P. Lane, J.), dated April 30, 2003. The order denied plaintiffs' motion to set aside the verdict and for a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see Smith v Catholic Med. Ctr. of Brooklyn & Queens, 155 AD2d 435 [1989]; see also CPLR 5501 [a] [1], [2]). Present—Pigott, Jr., P.J., Gorski, Martoche and Hayes, JJ.